UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. A:25-cr-562(01)-DAE |
| | § | |
| ALEXANDER SHANE SONNNIER | § | |

**UNOPPOSED MOTION TO CONTINUE JURY TRIAL**

COMES NOW Defendant Alexander Shane Sonnier, by and through his attorney, and files this Unopposed Motion to Continue Jury Trial for ninety (90) days, showing the Court the following:

**I.**

This case is set for jury selection and trial on July 6, 2026, with a plea agreement deadline of June 19, 2026. Mr. Sonnier seeks the continuance so that he can continue to engage in negotiations with the Government towards a settlement of this matter and so that he may have sufficient time for a full review of discovery. This continuance is sought in the interest of justice and not for purpose of delay.

**II.**

The Government is unopposed to this request.

Wherefore Defendant Sonnier respectfully requests that jury selection and trial in this cause be continued for ninety (90) days.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender

By: ____________________________
/s/ HORATIO R. ALDREDGE
Supervisory Assistant Federal Public Defender
Western District of Texas
Lavaca Plaza
504 Lavaca, Suite 960
Austin, Texas 78701
(512) 916-5025
(512) 916-5035 (FAX)
Bar Number: Texas 00795216

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of June 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Amy Marie Walker
Assistant U.S. Attorney
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

____________________________
/s/ HORATIO R. ALDREDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. A:25-cr-562(01)-DAE |
| | § | |
| ALEXANDER SHANE SONNNIER | § | |

**ORDER**

ON THIS DATE came on to be considered Defendant Alexander Shane Sonnier's Unopposed Motion to Continue Jury Trial, and the requested relief is hereby GRANTED.

The Court finds that for the reasons stated in the Defendant's motion, the ends of justice served by the continuance outweigh the best interest of the public and the Defendant in a speedy trial. The Court further finds, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the period of delay resulting from this continuance shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act.

IT IS THEREFORE ORDERED THAT the plea agreement deadline is hereby reset to _____________, _____, at _______ a.m./p.m., and jury selection and trial are reset to ______________, ______, at _______ a.m./p.m. All pretrial motions, including motions in limine, are due ______________, and responses are due _____________________.

SIGNED THIS ______DAY OF JUNE 2026.

____________________________________
DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE