FILED
OCT 06 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY KR
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO: AU:25-CR-00562(1)-DAE |
| | § | |
| (1) Alexander Shane Sonnier | § | |

**CONSENT TO ADMINISTRATION OF GUILTY PLEA AND FED. R. CRIM. P. 11 ALLOCUTION BY UNITED STATES MAGISTRATE JUDGE**

I, (1) Alexander Shane Sonnier, the defendant in the above-numbered and styled cause, with the advice and consent of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED this 6th day of October, 2026.

(1) Alexander Shane Sonnier
*Defendant*

Horatio R. Aldredge
*Attorney for Defendant*

Amy Marie Walker
*Assistant U.S. Attorney*

Joshua Somers
for Amy Walker